NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Henry Armijo, Jr., | No. CV-19-02557-PHX-SRB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Edwin Nickerson, et al., | |
| Defendants. | |

On January 27, 2020 the Court granted Plaintiff's Second Motion to Amend Complaint. On that same date a Screening Order issued (Doc. 40) On April 9, 2020 an affidavit of unexecuted service as to Defendant Officer Randy Doe was filed (Doc. 59). On May 15, 2020 the Magistrate Judge issued an Order to Show Cause directing "Plaintiff to show cause no later than May 28, 2020 why his First Amended Complaint should not be dismissed as to Defendant Randy Doe for failure to timely serve and prosecute pursuant to Fed. R. Civ. P. 4(m) and 41(b). (Doc. 67). Plaintiff did not respond to the May 15, 2020 Order to Show Cause. On June 22, 2020 the Magistrate Judge issued her Report and Recommendation recommending that Defendant Officer Randy Doe be dismissed without prejudice for failure to timely effect service in accordance with Federal Rule of Civil Procedure 4(m).

In her Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such

1  objections has expired and no objections to the Report and Recommendation have been filed.

2  The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

4  **IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 85)

6  **IT IS FURTHER ORDERED** dismissing Defendant Officer Randy Doe without prejudice.

Dated this 17th day of July, 2020.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge